IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )   CRIMINAL ACTION 1:23-00017-KD-B |
| | ) |
| ARTEZ MARTRE WILLIAMS, | ) |
|    Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 26) and without any objection having been filed by the parties, the plea of guilty of the Defendant ARTEZ MARTRE WILLIAMS to Count 1 of the Indictment (charging a violation of Title 18, United States Code Section 1349 (Conspiracy to Commit Wire Fraud)) is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **June 16, 2023** at **11:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this the **11th** day of **April 2023.**

                                                /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**